984

No. 03–319.  UNION CARBIDE CORP. *v.* RECHT ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 03–321.  TRAVERS *v.* JONES, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF EXECUTIVE OFFICER OF DEKALB COUNTY, GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–322.  HERRNREITER *v.* CHICAGO HOUSING AUTHORITY. C. A. 7th Cir.  Certiorari denied.

No. 03–325.  GAL ET AL., AS EXECUTORS OF THE ESTATE OF LAZARE, ET AL. *v.* PLASKETT, TRUSTEE, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 03–329.  CHERRY *v.* ZUCKER.  Super. Ct. Pa.  Certiorari denied.

No. 03–333.  LI YU, ADMINISTRATOR OF THE ESTATE OF WEI WU *v.* TEXAS DEPARTMENT OF TRANSPORTATION ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–335.  SYL, INC. *v.* COMPTROLLER OF THE TREASURY. Ct. App. Md.  Certiorari denied.

No. 03–345.  NYGREN ET AL. *v.* MINNEAPOLIS PUBLIC SCHOOLS, SPECIAL SCHOOL DISTRICT NO. 1, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–347.  CORNELIUS *v.* UNITED PARCEL SERVICE, INC. C. A. 11th Cir.  Certiorari denied.

No. 03–350.  CASCELLA *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 03–351.  REGGIE B. ET AL. *v.* BUSH, GOVERNOR OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–354.  APNA GHAR, INC. *v.* JOHNSON.  C. A. 7th Cir. Certiorari denied.

No. 03–397.  MOORE *v.* EXXONMOBIL CORP., FKA MOBIL OIL CORP.  C. A. 5th Cir.  Certiorari denied.